CAUSE #2010-F-0001y

I need copies of items Below!

① Indictment

② ~~[struck through]~~

③ Judgement And Sentences.

6-11-14 rk

Thanks you very much!

dent
10/30/15

RECEIVED In
The Court of Appeals
Sixth District

Oct 30 2015

Texarkana, Texas
Debra Autrey, Clerk